Date: 11/11/10  √ # 3012  # 129070  Page:

## DIVIDENDS REMITTED TO THE COURT
Check Number 3012 Dated 11/11/10
Case Number 08-34607 - AKL, HOR I.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **CHRYSLER FINANCIAL**<br>PO BOX 551080<br>JACKSONVILLE FL 32255 | 000009 | 300.59 | 2.16 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM'S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000010 | 386.14 | 2.78 |
| ---------- Remittance Total --------------- | | 686.73 | 4.94 |

DOUGLAS A. DYMARKOWSKI, Trustee

FILED 2010 NOV 23 AM 9:29 CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO